474 A.2d 672

Commonwealth v. Gorham, Appellant.

Submitted November 4, 1983. Mervin A. Heller, Jr., for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.

474 A.2d 672

Commonwealth v. Graff, Appellant.

Petition for Allowance of Appeal
Denied Aug. 30, 1984.

Submitted February 3, 1984. Glenn D. Hains, for appellant; C. Theodore Fritsch, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order denying P.C.H.A. relief is affirmed.